**FILED**

FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-7144
7     Fax: (415) 436-7234
      Email: allison.danner@usdoj.gov
8
9  Attorneys for the United States

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,        )   No.       08   70096
                                    )
15        Plaintiff,                )   UNITED STATES' APPLICATION TO
                                    )   SEAL COMPLAINT AND [PROPOSED]
16    v.                            )   ORDER
                                    )
17 TIMOTHY CRAIG,                   )
                                    )
18        Defendant.                )
                                    )
19 _____ )
20
21      The government hereby moves the Court for an order sealing the complaint and
22 accompanying affidavit, this motion, and the Court's sealing order until further order of the
23 Court. Because of the heavy penalties associated with the charges in this case, the United States
24 is concerned that Craig poses a risk of flight if he learns of the complaint in this matter before he
25 is arrested and brought before the Court for his initial appearance. Should the Court grant this
26 motion, the government intends to ask the Court to unseal the complaint at Craig's initial
27 appearance. The United States requests that this Court order the Clerk of the Court to furnish
28 copies of the arrest warrant to the United States Attorney's Office and to the Napa County



1

1  Sheriff's Office. The United States also requests copies of the sealed complaint and this
2  application and order.

DATED: February 21, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

ALLISON M. DANNER
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the complaint and affidavit, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of the Complaint and arrest warrant in this matter to the United States Attorney's Office and to the Napa County Sheriff's Office. The Clerk of the Court is also ordered to furnish copies of the United States' Sealing Application and this Sealing Order to the United States Marshals Service, the Napa County Sheriff's Office, and the U.S. Attorney's Office.

DATED: February 21, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2