1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7144
7  Fax: (415) 436-7234
   Email: allison.danner@usdoj.gov
8
9  Attorneys for the United States of America

**FILED**
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-08-70096 MEJ |
| Plaintiff, | **UNITED STATES' APPLICATION TO UNSEAL THE ENTIRE CASE FILE** |
| v. | |
| TIMOTHY CRAIG, | |
| Defendant. | |

The United States hereby moves this Court to UNSEAL the entire case file in the above-captioned matter following the initial appearance of the defendant on February 25, 2008.

DATED: February 25, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

ALLISON M. DANNER
Assistant United States Attorney

UNSEALING APPLICATION
CR 3-08-70096 MEJ