**FILED**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-08-70096 MEJ |
| Plaintiff, | **UNSEALING ORDER** |
| v. | |
| TIMOTHY CRAIG, | |
| Defendant. | |

Good cause appearing therefor, it is hereby ordered that the entire case file in the above-captioned matter be UNSEALED.

DATED: February 25, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNSEALING ORDER
CR 3-08-70096 MEJ