JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 3-08-70096 MEJ |
| ) | |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| ) | |
|     v. ) | |
| ) | |
| TIMOTHY CRAIG, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    On February 21, 2008, defendant was charged in a criminal complaint. On February 25, 2008, defendant was arraigned on the complaint and entered a plea of not guilty. On February 25, 2008 the government moved that defendant be detained pending trial, and this Court set a detention hearing date of March 7, 2008. On March 7, 2008, the parties appeared for the detention hearing, at which time both parties requested, and the Court agreed, to continue the hearing until March 25, 2008. The parties further stipulated and, defendant specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from March 7, 2008, to and including March 25, 2008. This Court

1  accordingly agreed to extend the time for a preliminary hearing, taking into account the public
2  interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).  The government's
3  pending motion for detention automatically tolled the time under the Speedy Trial Act.  *United*
4  *States v. Vo,* 413 F.3d 1010, 1016 (9th Cir. 2005).
5        On March 25, 2008 the parties appeared for the detention hearing and the setting of a
6  date for the preliminary hearing in this case.  The parties requested, and this Court agreed, to
7  continue the detention hearing until April 24, 2008.  The parties further stipulated and, defendant
8  specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time
9  limits set forth in Rule 5.1(c) be excluded from March 25, 2008, to and including April 24, 2008.
10 This Court accordingly agreed to extend the time for a preliminary hearing, taking into account
11 the public interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).
12       The government's pending motion for detention automatically tolls the time from March
13 24, 2008 through April 24, 2008 under the Speedy Trial Act.  *United States v. Vo,* 413 F.3d
14 1010, 1016 (9th Cir. 2005).  In addition, the parties agree that – taking into account the public
15 interest in prompt disposition of criminal cases – good cause exists for this extension.  Defense
16 counsel continues to review the computer evidence seized in this case.  The parties agree that
17 granting the continuance is necessary for effective preparation of defense counsel, taking into
18 account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also
19 agreed that the ends of justice served by granting such a continuance outweighed the best
20 interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).
21 IT IS SO STIPULATED:

22                         JOSEPH P. RUSSONIELLO
23                         United States Attorney

24 DATED: March 27, 2008          \s\
25                         ALLISON MARSTON DANNER
                        Assistant United States Attorney
26
27 DATED: March 27, 2008          \s\
                        STEVEN G. KALAR
28                         Attorney for Timothy Craig

Stipulation and [Proposed] Order

1  For the reasons stated above, the Court finds that exclusions of time from March 7, 2008
2  through March 25, 2008 and from March 25, 2008 through April 24, 2008, are warranted and
3  that the ends of justice served by the continuances outweigh the best interests of the public and
4  the defendant in a speedy trial and prompt disposition of criminal cases.  *See* 18 U.S.C. §3161
5  (h)(8)(A); Fed. R. Crim. P.  5.1(d).  Failure to grant the requested continuances would deny
6  defendant reasonable time necessary for effective preparation, taking into account the exercise of
7  due diligence.  *See* 18 U.S.C. §3161(h)(8)(B)(iv).

8

9  IT IS SO ORDERED.

10 DATED:__03/31/08_____



11  THE HO_____
    United S_____
12

Stipulation and [Proposed] Order                    -3-