1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7359
7    Facsimile: (415) 436-7234
     E-mail: denise.barton@usdoj.gov
8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,      )   No. CR 3:08-70096 MAG
14                                )
         Plaintiff,                )
15                                )   NOTICE OF SUBSTITUTION OF COUNSEL
      v.                          )   FOR PLAINTIFF
16                                )
   TIMOTHY CHARLES CRAIG,         )
17                                )
         Defendant.               )
18                                )
   _____
19

20       TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

21 NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

22       PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance

23 of Denise M. Barton, Assistant United States Attorney, and to withdraw the appearance of

24 Allison M. Danner, the Assistant United States Attorney who was formerly assigned to represent

25 the United States in this case. The Clerk is requested to change the docket sheet and other Court

26 records so as to reflect that all Orders and communications from the Court will in the future be

27 directed to AUSA Denise M. Barton at the above mailing address, telephone number, facsimile

28 number, and e-mail address.

CR 3:08-70096 MAG
NOTICE OF SUBSTITUTION OF COUNSEL                                                          1

1  Please also take notice that, from the date of this request, service on the Untied States of
2  America should be made on Denise M. Barton only. Please amend your service lists
3  accordingly.

5  DATED: April 24, 2008              Respectfully submitted,

6                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney

9                                     _____/s/ Denise Barton_____
                                      DENISE M. BARTON
                                      Assistant United States Attorney