1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7144
7    FAX: (415) 436-7234
     Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9

               UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,       )   CR No.: 3-08-70096 MEJ
                                   )
              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                   )   ORDER EXCLUDING TIME
         v.                        )
                                   )
   TIMOTHY CRAIG,                  )
                                   )
                                   )
              Defendant.           )
   _____)

        On February 21, 2008, defendant was charged in a criminal complaint. On February 25, 2008, defendant was arraigned on the complaint and entered a plea of not guilty. On April 24, 2008, both parties appeared to set a date for a preliminary hearing. At the appearance on April 24, 2008, both parties requested, and the Court agreed, to set the preliminary hearing for May 9, 2008. The parties further stipulated and, defendant specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from April 24, 2008, to and including May 9, 2008. This Court accordingly agreed to extend the time for a preliminary hearing, taking into account the public interest in the prompt

Stipulation and [Proposed] Order
3-08-70096 MEJ

1  disposition of criminal cases. Fed. R. Crim. P. 5.1(d). The parties agree that – taking into
2  account the public interest in prompt disposition of criminal cases – good cause exists for this
3  extension. Defense counsel continues to review the computer evidence seized in this case. The
4  parties agree that granting the continuance is necessary for effective preparation of defense
5  counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv).
6  The parties also agreed that the ends of justice served by granting such a continuance outweighs
7  the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
8  3161(h)(8)(A).
9  IT IS SO STIPULATED:

10                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
11

12 DATED: April 25, 2008          \s\
                                            ALLISON MARSTON DANNER
13                                          Assistant United States Attorney

14
   DATED: April 25, 2008          \s\
15                                          STEVEN G. KALAR
                                            Attorney for Timothy Craig
16

17     For the reasons stated above, the Court finds that exclusion of time from April 24, 2008
18 through May 9, 2008 is warranted and that the ends of justice served by the continuance
19 outweigh the best interests of the public and the defendant in a speedy trial and prompt
20 disposition of criminal cases. *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d). Failure
21 to grant the requested continuances would deny defendant reasonable time necessary for
22 effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C.
23 §3161(h)(8)(B)(iv).
24
25 IT IS SO ORDERED.
26 DATED:_____           _____
                                            THE HON. JAMES LARSON
27                                          Chief United States Magistrate Judge
28

Stipulation and [Proposed] Order
3-08-70096 MEJ