**FILED**

MAY - 9 2008

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   CR No. CR 03-08-70096 MEJ
                                        )
14       Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
                                        )   CONTINUING THE PRELIMINARY
15  v.                                  )   HEARING AND EXCLUDING TIME
                                        )
16  TIMOTHY CRAIG,                      )
                                        )
17       Defendant.                     )
                                        )
18  _____)

19       This matter is set for a Preliminary Hearing / Arraignment on May 9, 2008. The United

20  States intended to present this matter for indictment before the Grand Jury on May 6, 2008. On

21  the morning of May 6, 2008, counsel for the United States learned that the intended law

22  enforcement witness for the case suffered a medical emergency, would not be able to appear

23  before the Grand Jury, and that he would be unavailable due to his medical situation for

24  approximately three weeks. Counsel for the United States has conferred with the investigating

25  law enforcement agency and confirmed that another witness, who was out of the District from

26  May 5-9, 2008, can be prepared and available to testify before the Grand Jury on the week of

27  May 12, 2008. Due to other court obligations, this witness is not available at the sitting of the

28  Grand Jury on Tuesday, May 13, 2008 but is available to testify on Thursday, May 15, 2008.

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-08-70096 MEJ                                                    1

1   With the testimony of this witness, the United States now intends to present this matter before

2   the Grand Jury on Thursday, May 15, 2008.  The defendant does not object to this continuance,

3   believes that good cause exists to extend the time limits of Fed. R. Crim. P. 5.1(c),(d) due to the

4   unavailability of an essential witness, and waives his right to have a preliminary hearing held

5   within 20 days pursuant to Fed. R. Crim. P. 5.1(c),(d).  The parties now stipulate and request that

6   the Court enter an Order that the Preliminary Hearing be removed from the May 9, 2008

7   calendar and be continued until May 16, 2008 and that time should be excluded from the Speedy

8   Trial Act calculations from May 9, 2008 through May 16, 2008.  The parties represent that

9   granting this continuance is necessary due to the unavailability of an essential witness.  See 18

10  U.S.C. § 3161(h)(3)(A).

11   IT IS SO STIPULATED.

12                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
13
     DATED: May 8, 2008                              /s/
14                                             DENISE MARIE BARTON
                                               Assistant United States Attorney
15

16  DATED: May 8, 2008                               /s/
                                               STEVEN KALAR
17                                             Attorney for TIMOTHY CRAIG

18
                                  [PROPOSED] ORDER
19
         For the reasons stated above, the Preliminary Hearing shall be removed from the May 9,
20
    2008 calendar and be continued until May 16, 2008.  The Court finds that a showing of good
21
    cause has been made to extend the time for a preliminary hearing pursuant to Fed. R. Crim. P.
22
    5.1(c),(d) and that time should be excluded from the Speedy Trial Act due to the unavailability
23
    of an essential witness.  See 18 U.S.C. § 3161(h)(3)(A).
24
    IT IS SO ORDERED.
25

26  DATED: 5/8/08
27
                                               Honorable Edward M. Chen
28                                             United States Magistrate Judge